NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYLER BIGHAMES, DOC #Y48245, )
 )
   Appellant, )
 )
v. ) Case No. 2D16-3994
 )
STATE OF FLORIDA, )
 )
   Appellee. )
_____ )

Opinion filed April 12, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

   Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.